# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

KEITH PATRICK MOCK,

    Plaintiff,

v.                              Case No. 1:17cv190-MW/GRJ

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security Administration,

    Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 20, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation and request for oral argument. ECF No. 21. Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner is **AFFIRMED**." Plaintiff's request for oral argument

1

is **DENIED**. The Clerk shall close the file.

**SO ORDERED on May 24, 2018.**

<u>**s/ MARK E. WALKER**</u><br>**United States District Judge**